157 A.3d 486

**CONESTOGA BANK, s/b/m First Penn Bank, Respondent**

v.

**TIOGA INVESTMENTS II, LLC and Yip-Yan Wong, Petitioners**

**No. 191 EAL 2016**

Supreme Court of Pennsylvania.

September 15, 2016

## ORDER

PER CURIAM

**AND NOW,** this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**